UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60126-CIV-SINGHAL

FRANCISCO GIL,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER GRANTING TEMPORARY STAY AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* with Incorporated Memorandum of Law (DE [6]). In the instant motion, the parties request a stay of this matter pending a final decision by the United States Court of Appeals for the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.*, No. 19-14434-HH (11th Cir. 2019). The Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). A stay, however, must be properly limited and must not be "immoderate." *Ortega Trujillo v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000). The Court finds that the requested stay is reasonable in scope and helpful for the control of its docket. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* with Incorporated Memorandum of Law (DE [6]) is **GRANTED**.

2. The case is **STAYED**, and the Parties shall file a joint-status report within twenty (20) days after the Eleventh Circuit's decision in *Hunstein v. Preferred Collection & Management Services, Inc.*, No. 19-14434-HH (11th Cir. 2019).

3. Furthermore, the Parties shall file a Joint Schedule Report pursuant to Local Rule 16.1 within thirty (30) days of the Eleventh Circuit's decision.

4. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case; either party may request the Court to reopen the case.

5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED WITHOUT PREJUDICE**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of January 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF